[No. 37502-8-II.   Division Two.   June 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER LEE
ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Ska-
mania County, No. 07-1-0083-4, E. Thompson Reynolds, J.,
entered March 13, 2008. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Van Deren, C.J., and
Quinn-Brintnall, J.

[No. 37704-7-II.   Division Two.   June 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW SCOTT
PEÑA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 07-1-00595-1, Barbara D. Johnson, J., entered
April 15, 2008. *Affirmed in part* and *reversed in part* by
unpublished opinion per Quinn-Brintnall, J., concurred in
by Houghton and Hunt, JJ.

[No. 37716-1-II.   Division Two.   June 10, 2009.]

FUTUREWISE, *Appellant*, v. THE CENTRAL PUGET SOUND GROWTH
MANAGEMENT HEARINGS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 07-2-01744-2, Richard D. Hicks, J., en-
tered April 25, 2008. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

[Nos. 37941-4-II; 37951-1-II.   Division Two.   June 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN KEITH
CABLE, *Appellant*.

Appeals from a judgment of the Superior Court for Clark
County, No. 08-1-00049-4, John F. Nichols, J., entered June
24, 2008. *Reversed* and *remanded* by unpublished opinion
per Hunt, J., concurred in by Houghton and Quinn-
Brintnall, JJ.